UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 06-Cr-593 (SHS)

    -against- :

                                                                                             ORDER

DEMETRIUS LOCUS, :

              Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that Grainne E. O'Neill, Esq, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's violation of supervised release proceeding.

Dated: New York, New York
       February 11, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.