UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,     :   06-Cr-593 (SHS)

    -v-          :   <u>ORDER</u>

DEMETRIUS LOCUS,        :

       Defendant.   :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

   The violation of supervised release proceeding in this matter is scheduled to take place via Skype videoconference on February 26, 2021, at 11:00 a.m. The Skype link will be emailed to all participants.

   To optimize use of the Court's video conferencing technology, all participants in the call must:

   Use a browser other than Microsoft Explorer to access Skype for Business;

   Position the participant's device as close to the WiFi router as is feasible;

   Ensure any others in the participant's household are not using WiFi during the period of the call;

   Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

   If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering Conference ID 403104739.

Dated: New York, New York
   February 23, 2021

              SO ORDERED

              SIDNEY H. STEIN
              U.S.D.J.