**O'NEILL / HASSEN**                                                    Attorneys at Law

February 24, 2021

<u>VIA ECF and Email</u>                                                **MEMO ENDORSED**
Honorable Sidney H. Stein
United States Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

              RE: *United States v. Demetrius Locus,* 06 Cr. 593 (SHS)

Dear Judge Stein:

      I was appointed to represent Mr. Locus, pursuant to the Criminal Justice Act on February 11, 2021. I write to seek a two-week adjournment of the conference presently scheduled for February 26, 2021 at 11:00 AM. The government and probation department consent to this request for an adjournment.

      I have a pre-existing professional conflict with the 11 AM conflict. Additionally, I need additional time to consult with Mr. Locus regarding his supervised release and the alleged violations prior to the appearance. I have discussed the issues with communication and the need for counsel with Officer Carvajal and AUSA Shahabian and they consent to the request for an adjournment

      I thank the Court for its attention to this matter and apologize for the late nature of this request.

                                        Respectfully submitted,

                                        /s/

                                        Grainne E. O'Neill

**The violation proceeding is adjourned to March 12, 2021, at 2:00 p.m.**

**SO ORDERED**

**Dated: New York, New York**
       **February 25, 2021**

                                        SIDNEY H. STEIN
                                        U.S.D.J.

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA