UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  06-cr-593 (SHS)

-v-  :  ORDER

DEMETRIUS LOCUS,  :

       Plaintiff,  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation of supervised release hearing is scheduled for May 11, 2021, at 10:30 a.m., and will take place in Courtroom 23A.

Dated: New York, New York
       May 7, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.