# O'NEILL / HASSEN

Attorneys at Law

May 10, 2021

VIA ECF and Email
Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Demetrius Locus,* 6 Cr. 593 (SHS)

Dear Judge Stein:

I represent Mr. Locus in the above-captioned-case. The Court has set a status conference for tomorrow, May 11, 2021 at 10:30 A.M. Unfortunately, I have a preexisting appearance in the EDNY at 10:00 AM. I had thought that that appearance would be virtual, but it is in person. That appearance involves multiple defendants and attorneys.

I am writing to request that the Court adjourn the conference in this case to later in the morning, so that I will be able to attend both court appearances. I anticipate being able to appear any time after 11:30 AM. I apologize for the late nature of this request. I know that scheduling is complicated with the COVID-19 virus.

I thank the Court for its attention to this matter.

Kind regards,

/s/

Grainne E. O'Neill

**The proceeding will take place at 11:30 a.m. tomorrow.**

Dated: New York, New York
May 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA