UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- v -

DEMETRIUS LOCUS,

Defendant.

6 Cr. 593 (SHS)

## ORDER

Upon review of defendant's motion, it is hereby:

ORDERED that the Bureau of Prisons release to Defendant's counsel, Grainne E. O'Neill, Esq. within five business days from the issuance of this order:

(1) Defendant's complete medical records, including any mental health records and notes of treatment from the time he entered into the custody of the Bureau of Prisons to the present, and

(2) Defendant's disciplinary records from the time he entered into the custody of the Bureau of Prisons to the present, and

(3) Defendant's program, employment, and education records from the time he entered into the custody of the Bureau of Prisons to the present.

SO ORDERED:

_____
Sidney H. Stein
United States District Judge

Dated: New York, New York
May 18, 2021