UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 06-Cr-593 (SHS) |
| -v- | : | <u>ORDER</u> |
| DEMETRIUS LOCUS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

A violation of supervised release hearing having been held today, with defendant and counsel for all parties present, and defendant having admitted guilt to Specifications 1 through 6 and 13, and the government having withdrawn Specifications 7 through 12,

IT IS HEREBY ORDERED that:

1. The defendant is sentenced to time served plus two days; and

2. The U.S. Marshal shall transport the defendant from the Essex County Correctional Facility to the U.S. Marshal for the Southern District of New York. The Marshal shall release the defendant to the custody of the U.S. Probation Office, 500 Pearl Street, New York, New York, at 11:00 a.m. on August 26, 2021, for immediate transfer of defendant to the Serendipity Center in Brooklyn, New York.

Dated: New York, New York
August 24, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.