UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 06-Cr-593 (SHS) |
| -v- | : | <u>ORDER</u> |
| DEMETRIUS LOCUS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    There will be a violation of supervised release hearing on March 4, 2022, at 10:00 a.m. The hearing will take place in Courtroom 23A.

Dated: New York, New York
       February 17, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.